IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

JEFFREY L. BEAVER and
TERESA A. BEAVER,

    Plaintiffs

v.                                                             CIVIL NO. 4:14cv20

BANK OF AMERICA, N.A., EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC., and EQUIFAX
INFORMATION SERVICES, LLC.

    Defendants,

## DISMISSAL ORDER

THIS DAY CAME the Plaintiffs, **JEFFREY L. BEAVER and TERESA A. BEAVER**, and the Defendant **TRANS UNION, LLC.**, by counsel, and hereby moves the Court to dismiss with prejudice all claims *only against* TRANS UNION, LLC., in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Complaint *only against* Defendant **TRANS UNION, LLC.**, is DISMISSED with prejudice.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this 12 day of June, 2014.

                                                                              /s/
                                                   Henry Coke Morgan, Jr.
                                                   Senior United States District Judge
                                                             JUDGE

-2-

WE ASK FOR THIS:

_____/s/ Susan M. Rotkis_____
Susan M. Rotkis, Esquire
VSB: 40693
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: srotkis@clalegal.com

*Counsel for Plaintiff*

_____/s/ Michael Ward_____
Michael R. Ward, Esquire
VSB: 41133
Morris & Morris, P.C.
11 South 12th Street
5th Floor
Richmond, Virginia 23218
Telephone: (804) 344-8300
Facsimile: (804) 344-8359
E-mail: mward@morrismorris.com

*Counsel for Trans Union, LLC.*