**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

| | | |
|---|---|---|
| JEFFREY L. BEAVER<br>and<br>TERESA A. BEAVER,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>    *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 4:14cv20 |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiffs, Jeffrey L. Beaver and Teresa A. Beaver, by counsel, and the Defendants, Bank of America, N.A., by counsel, have settled their dispute by compromise and hereby stipulate to the dismissal of this action with prejudice, the court retaining jurisdiction for the purpose of enforcement of the settlement agreement. Bank of America, N.A. is the only remaining defendant in this case, and thus a stipulation of dismissal of the action filed by the Plaintiffs is proper under the Federal Rules of Civil Procedure.

    Respectfully,

    _____/s/_____
    Susan M. Rotkis, Esq. (VSB 40693)
    Leonard A. Bennett, Esq. (VSB 37523)
    CONSUMER LITIGATION ASSOCIATES, P.C.
    763 J. Clyde Morris Boulevard, Suite 1-A
    Newport News, Virginia 23601
    (757) 930-3660 – Telephone
    (757) 930-3662 – Facsimile
    Email:  srotkis@clalegal.com
    Email: lenbennett@clalegal.com

*Attorneys for Plaintiffs*

            /s/
Robert W. McFarland, Esq. (VSB 24021)
MCGUIREWOODS LLP
101 W. Main Street, Suite 9000
Norfolk, VA 23510
Phone: (757) 640-3716
Fax: (757) 640-3966
Email: rmcfarland@mcguirewoods.com

Brian E. Pumphrey (VSB 47312)
Jeffrey D. McMahan, Jr. (VSB 77067)
MCGUIREWOODS LLP
901 East Cary Street
Richmond, Virginia 23219
Phone: (804) 775-7745
Fax: (804) 698-2018
Email: bpumphrey@mcguirewoods.com
Email: jmcmahan@mcguirewoods.com

*Attorneys for Defendant, Bank of America*